THYBERG LAW
Gregory A. Thyberg (SBN 102132)
3104 O Street #190
Sacramento, California 95816
Telephone: (916) 204-9173
Email: *greg@thyberglaw.com*

Attorneys for Plaintiff
ANDRE ALVES


JACKSON LEWIS P.C.
Samantha N. Hoffman (SBN 212135)
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Telephone: (949) 885-1360
Facsimile: (949) 885-1380
Email: *samantha.hoffman@jacksonlewis.com*

JACKSON LEWIS P.C.
Douglas M. Egbert (SBN 265062)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: *douglas.egbert@jacksonlewis.com*

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES
CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE ALVES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:18-CV-03192-JAM-DB<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE TRIAL AND TRIAL- RELATED DATES**<br><br><br>Complaint Filed:　November 8, 2018<br>Removal:　December 12, 2018 |

1 | ANDRE ALVES ("Plaintiff") and INTERNATIONAL BUSINESS MACHINES
2 | CORPORATION ("Defendant") (collectively, "the Parties"), by and through their undersigned
3 | counsel, hereby stipulate and agree as follows:

WHEREAS, the Parties engaged in written discovery, exchanged documents, and Defendant has taken the first day of Plaintiff's deposition;

WHEREAS, the Parties believe now is an appropriate time to negotiate a potential settlement of the case via private mediation;

WHEREAS, the Parties agreed to mediate this matter with Vivien Williamson, a well-recognized and esteemed employment-law mediator;

WHEREAS, January 21, 2020 was the earliest mediation date the Parties could obtain based on Ms. Williamson's schedule, as well as the Parties' and their counsels' schedule;

WHEREAS, January 12, 2020 is *after* the discovery cutoff and the last day for a hearing on any dispositive motions;

WHEREAS, the current dates and deadlines in this matter are as follows:

- October 4, 2019: Joint Mid-Litigation Statement;
- October 18, 2019: Discovery Cutoff;
- January 14, 2020: Last Day a Dispositive Motion May be Heard;
- February 28, 2020: Final Pretrial Conference;
- April 13, 2020: Trial.

WHEREAS, in the event the case does not resolve at the January 21, 2020 mediation, the Parties will be irreparably harmed and prejudiced without a continuance of the above dates because additional time is needed to complete discovery, including Plaintiff's deposition and the deposition of Defendant's witnesses, and to file motions for summary judgment and/or adjudication, if needed;

WHEREAS, the Parties agree and stipulate that good causes exists to support this stipulation, and that the relief requested herein will promote the fair, efficient, and just administration of the instant matter;

WHEREAS, the Parties agree and stipulate that no parties will be prejudiced by the requested continuance;

1     **IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES THAT THE TRIAL AND RELATED DATES SHOULD BE CONTINUED APPROXIMATELY FIVE MONTHS AND/OR TO DATES THEREAFTER CONVENIENT TO THE COURT. THE PARTIES PROPOSE THE FOLLOWING DATES FOR THE COURT'S CONSIDERATION:**

- March 6, 2020: Joint Mid-Litigation Statement;
- March 18, 2020: Discovery Cutoff;
- June 16, 2020: Last Day a Dispositive Motion May be Heard;
- August 14, 2020: Final Pretrial Conference;
- September 14, 2020: Trial.

Dated: September 17, 2019     THYBERG LAW

By: /s/ Gregory A. Thyberg (as authorized on 09/17/2019)
    GREGORY A. THYBERG

Attorneys for Plaintiff
ANDRE ALVES

Dated: September 17, 2019     JACKSON LEWIS P.C.

By: /s/ Douglas M. Egbert
    SAMANTHA N. HOFFMAN
    DOUGLAS M. EGBERT

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES CORPORATION

# **ORDER**

Based upon the foregoing stipulation of the Parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED AND MODIFIED AS FOLLOWS:**

All current dates and deadlines are vacated and continued, as follows:

- March 6, 2020:  Joint Mid-Litigation Statement;
- March 20, 2020:  Discovery Cutoff;
- April 21, 2020:   Dispositive motion filing;
- May 19, 2020 at 1:30 p.m:  Last Day a Dispositive Motion May be Heard;
- June 19, 2020 Joint pretrial statement due:
- June 26, 2020 at 11:00 a.m.:  Final Pretrial Conference;
- August 17, 2020 at 9:00 a.m.:  Trial.

Dated:  September 17, 2019                         /s/ John A. Mendez_____
                                                                         HON. JOHN A. MENDEZ
                                                                         JUDGE OF THE DISTRICT COURT