THYBERG LAW
Gregory A. Thyberg (SBN 102132)
3104 O Street #190
Sacramento, California 95816
Telephone: (916) 204-9173
Email: *greg@thyberglaw.com*

Attorneys for Plaintiff
ANDRE ALVES


JACKSON LEWIS P.C.
Samantha N. Hoffman (SBN 212135)
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Telephone: (949) 885-1360
Facsimile: (949) 885-1380
Email: *samantha.hoffman@jacksonlewis.com*

JACKSON LEWIS P.C.
Douglas M. Egbert (SBN 265062)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: *douglas.egbert@jacksonlewis.com*

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES
CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE ALVES, | CASE NO. 2:18-CV-03192-JAM-DB |
| Plaintiff, | **ORDER GRANTING DISMISSAL OF ENTIRE LAWSUIT WITH PREJUDICE** |
| v. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOES 1-100, inclusive, | |
| Defendants. | Complaint Filed: November 8, 2018<br>Removal: December 12, 2018 |

Upon stipulation of ANDRE ALVES ("Plaintiff") and INTERNATIONAL BUSINESS MACHINES CORPORATION ("Defendant") (collectively, "the Parties") that the above-captioned case and all claims asserted therein be dismissed in their entirety with prejudice,

**IT IS HEREBY ORDERED:**

That that the above-captioned case and all claims asserted therein be dismissed in their entirety with prejudice. Each party shall bear his/its own costs and attorneys' fees.

Dated: 2/25/2020 /s/ John A. Mendez
Hon. John A. Mendez

Respectfully submitted by:

Dated: February 24, 2020 THYBERG LAW

By: /s/ Gregory A. Thyberg *(as authorized on 2/24/2020)*
GREGORY A. THYBERG

Attorneys for Plaintiff
ANDRE ALVES

Dated: February 24, 2020 JACKSON LEWIS P.C.

By: /s/ Douglas M. Egbert
SAMANTHA N. HOFFMAN
DOUGLAS M. EGBERT

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES CORPORATION

Case No.: 2:18-CV-03192-JAM-DB  2  [PROPOSED] ORDER ON JOINT STIPULATION TO DISMISS ENTIRE LAWSUIT WITH PREJUDICE